MILWAUKEE COUNTY, Respondent, vs. ILLINOIS SURETY COMPANY, imp., Appellant.

*October 24—November 14, 1916.*

*Principal and surety: Bonds: "Obligations;" "Indebtedness."*

Promissory notes given by the buyer pursuant to a contract for the purchase of goods were "obligations" arising out of the contract, and the amount due on them was "indebtedness arising out of" the contract, within the meaning of a bond given to secure payment of such obligations and indebtedness.

APPEAL from a judgment of the circuit court for Milwaukee county: W. J. TURNER, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Flanders, Bottum, Fawsett & Bottum,* attorneys, and *Albert J. Hopkins,* of counsel, and oral argument by *E. H. Bottum* and *F. L. Mc-Namara.*

For the respondent there was a brief by *Winfred C. Zabel,* district attorney, *William L. Tibbs,* special assistant district attorney, and *Daniel W. Sullivan,* assistant district attorney, and oral argument by *Mr. Tibbs.*

WINSLOW, C. J. The case may be simply stated. The Carson Manufacturing Company contracted in writing with the respondent county to purchase a large quantity of chairs to be manufactured at the Milwaukee house of correction during a certain period, paying therefor by promissory notes to be given at the end of each month, and the appellant at the same time gave a bond conditioned to pay all obligations and indebtedness to the county "arising or to arise out of said agreement." In the present action it appears that notes were given and not paid, and this judgment was rendered against the surety for the amount due on such notes. We cannot doubt that the notes were "obligations" arising out of the contract and that the amount due on them is "indebtedness aris-

ing out of" the contract.    Statement of the proposition seems to us to constitute its proof.    We know of no way to make the argument stronger.

*By the Court.*—Judgment affirmed.